**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| Bernard E Chapman Jr | ) | Under Chapter 13 |
| | ) | |
| | ) | |
| Debtor/Debtors. | ) | Bk. Case No.: 17-30118 |
| | ) | |
| RUSSELL C. SIMON, | ) | |
| CHAPTER 13 TRUSTEE, | ) | |
| Objector. | ) | |
| | ) | |
| | ) | |
| STONEGATE MORTGAGE CORP | ) | |
| CLAIM NO. 5 | ) | |
| Respondent. | ) | |

**TRUSTEE'S OBJECTION TO COURT CLAIM NO. 5**
**FILED BY STONEGATE MORTGAGE CORP.**

COMES NOW, RUSSELL C. SIMON, Chapter 13 Trustee, and objects to the claim of the above named creditor filed in this proceeding. The Trustee <u>OBJECTS</u> for the following reasons:

1. That the instant case was commenced on January 31, 2017.

2. On March 2, 2017, Stonegate Mortgage Corp. ("Creditor") filed a secured proof of claim in the amount of $161,910.88, for a first mortgage on real estate commonly known as 1701 Lombardi Court, Swansea, IL 62226.

3. Creditor has attached a recorded mortgage document to the proof of claim. However, a page of the mortgage document, the signature page 8 of 9, is missing from that attachment.

4. Based upon the foregoing, the Trustee seeks an Order reclassifying the claim to a general unsecured claim based on the Creditor's failure to comply with Fed. R. Bankr. P. 3001(d).

Wherefore, Trustee prays this Court for an Order reclassifying the claim to a general unsecured claim, and for all other relief this Court deems just and equitable.

Respectfully submitted,

/s/ Russell C. Simon
RUSSELL C. SIMON, Trustee
Chapter 13 Trustee
24 Bronze Pointe
Swansea, IL 62226
Telephone: (618) 277-0086
Telecopier: (618) 234-0124

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document as well as the Notice of Objection was mailed to the following interested parties who have not been electronically notified by first class mail on this 16th day of March, 2017:

Bernard E Chapman Jr
1701 Lombardi Ct
Belleville, IL  62226

DIXON AND JOHNSTON
101 WEST MAIN ST
BELLEVILLE, IL 62220

STONEGATE MORTGAGE CORP
P. O. BOX 790309
ST LOUIS, MO 63179

STONEGATE MORTGAGE CORP
2 ENERGY SQUARE
4849 GREENVILLE AVE STE 800
DALLAS, TX 75206

ANSELMO LINDBERG OLIVER LLC

1771 W DIEHL RD STE 120

NAPERVILLE, IL 60563

/s/Mindy